**STATE of Missouri, Respondent,**

v.

**Phillip Todd TAYLOR, Appellant.**

**No. WD 58848.**

Missouri Court of Appeals, Western District.

Aug. 28, 2001.

Kent Denzel, Asst. Public Defender, Columbia, MO, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Lisa M. Sutherland, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Edwin H. SMITH, P.J., and HOWARD and HOLLIGER, JJ.

### Order

PER CURIAM.

Phillip T. Taylor appeals his jury conviction of assault in the first degree, § 565.050, RSMo 2000, in the Circuit Court of Cole County, for which he was sentenced to fifteen years imprisonment. The appellant claims that the evidence was insufficient to support the trial court's decision that his confession was voluntary, allowing its admission at trial.

Affirmed. Rule 30.25(b).